UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 6/8/06

AD RENDON COMMUNICATIONS, INC.,

Plaintiff,

-v-

Case No. 04-CV-8832 (KMK)

LUMINA AMERICAS, INC.,

OPINION AND ORDER

Defendant.

KENNETH M. KARAS, District Judge:

Defendant's Motion to Dismiss Plaintiff's Claims for Conversion and Punitive Damages

is GRANTED without prejudice. The Clerk of Court is directed to terminate Defendant's

Motion to Dismiss (Doc. No. 13).

SO ORDERED.

Dated:        June 7 , 2006
              New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE